**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v | : | 3:CR-15-0214 |
| **JOSE VELAZQUEZ** | : | (Judge Mannion) |
| | : | |
| **Defendant** | | |

# O R D E R

Based on the foregoing memorandum, defendant Velazquez's motion to withdraw his guilty plea, (Doc. 321), is **DENIED**. Attorney Watt's motion to withdraw as defendant Velazquez's defense counsel and for appointment of substitute counsel, (Doc. 330), is **GRANTED**. By separate Order, the court will appoint new counsel and schedule defendant Velazquez's sentencing hearing.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 13, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2015 CRIMINAL MEMORANDA\15-0214-01-Order.wpd